
RAILWAY

<u>**Exhibit B**</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WENDELL THOMAS § § | |
| Plaintiff, § § | |
| v. § | Case No. 4:14-CV-00351 |
| § § | |
| BNSF RAILWAY COMPANY, § § | |
| Defendant. § | |

<u>**ORDER OF DISMISSAL**</u>

Wendell Thomas and BNSF Railway Company, having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of Wendell Thomas's claims against BNSF Railway Company in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this **20** day of **Aug**, 2015.

_____
UNITED STATES DISTRICT JUDGE

Page 11 of 11 (initials) _____

031432 000530 14787991.4